Alex Terepka (SBN 288243)
alex@wtlaw.com
**WATSTEIN TEREPKA LLP**
515 South Flower Street, 19th Floor
Los Angeles, California 90071
Telephone: (213) 839-3317

*Attorney for Defendant Synergy Business Solutions DE, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SYNERGY BUSINESS SOLUTIONS DE, LLC,<br><br>Defendant. | CASE NO.: 3:25-CV-03267-JLS-JLB |

## NOTICE OF SETTLEMENT

Plaintiff Asher Bronstin and Defendant Synergy Business Solutions DE, LLC (collectively, the "Parties") file this Notice of Settlement, informing the Court that the Parties have reached an agreement to resolve this matter. The Parties anticipate finalizing the terms of that agreement and filing a stipulated dismissal shortly thereafter. Accordingly, the Parties ask the Court to stay any pending deadlines until **March 18, 2026**, and to vacate the Case Management Conference and Early Neutral Evaluation scheduled for **March 3, 2026**.

[*signature on following page*]

---

1
CASE NO. 3:25-cv-03267-JLS-JLB
DEFENDANT'S NOTICE OF RESOLUTION

1  DATED: February 16, 2026

2  By: <u>Carly M. Roman</u>   By: <u>/s/ Alex Terepka</u>
   *Signed with express permission*   Alex Terepka (SBN 288243)
3  Carly M. Roman (SBN 349895)   alex@wtlaw.com
4  croman@straussborrelli.com   **WATSTEIN TEREPKA LLP**
   Andrew Gunen (SBN 354042)   515 South Flower Street, 19th Floor
5  agunem@straussborrelli.com   Los Angeles, California 90071
   STRAUSS BORRELLI PLLC   Telephone: (213) 839-3317
6  One Magnificent Mile
7  980 N Michigan Avenue, Suite 1610   *Attorney for Defendant Synergy Business*
   Chicago IL, 60611   *Solutions DE, LLC*
8  Telephone: (872) 263-1100
   Facsimile: (872) 263-1109

*Attorneys for Plaintiff Asher Bronstin, individual and on behalf of a class of all persons and entities similarly situated*

2
CASE NO. 3:25-cv-03267-JLS-JLB
DEFENDANT'S NOTICE OF RESOLUTION

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on February 16, 2026, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Alex Terepka
Alex Terepka

*Attorney for Defendant Synergy Business Solutions DE, LLC*